UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JAHNI FANNIS,

                        Plaintiff(s),

     -against-

CONSTRUCTION AND REALTY SERVICES
GROUP, INC.; ET AL.,

                      Defendant(s).
-----------------------------------------------------------X

Civil Action No.: 1:20-cv-00278-GHW

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                       s.s :
COUNTY OF NEW YORK  )

     BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

     That on the 15th day of January, 2020, at approximately 11:40 a.m., deponent served a true copy of the **Summons in a Civil Action; Complaint and Demand for Jury Trial; Individual Rules of Practice in Civil Cases - Gregory H. Woods, United States District Judge; Electronic Case Filing Rules & Instructions (February 1, 2019 Edition)** upon Luca Holdings LLC c/o the Law Office of Adam Eisen, Attorney for the defendants, at 307 West 38th Street, New York, New York 10018 by personally delivering and leaving the same with Ana Ber, Paralegal, who is authorized to accept service.

     Ana Ber is a white female, approximately 30-40 years of age, is approximately 5 feet and 4-7 inches tall, weighs approximately 160-200 pounds, has short black hair, dark eyes and was wearing glasses.

Sworn to before me this
16th day of January, 2020

BOBBY ALI #871612

**NOTARY PUBLIC, STATE OF NEW YORK**
STEVEN MITCHELL
**Reg. No. 01-MI-6326046**
**Qualified in New York County**
**Commission expires June 08, 2023**