UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X

JAHNI FANNIS

                  Plaintiff,

            -against-

CONSTRUCTION AND REALTY SERVICES GROUP
INC., TRADE OFF LLC, LUCA HOLDINGS LLC, and
RONALD LATTANZIO

                  Defendants.

------------------------------------------------------------------------- X

Civil Action No.:
1:20-CV-00278-GHW

**RULE 7.1
CORPORATE
DISCLOSURE
STATEMENT**

       Pursuant to Fed. R. Civ. P. 7.1, Defendants, CONSTRUCTION and REALTY SERVICES GROUP, INC., TRADE OFF LLC, and LUCA HOLDINGS LLC, being nongovernmental corporate parties, by and through their attorneys, Kaufman Dolowich & Voluck, LLP, hereby disclose that Defendant Construction and Realty Services Group, Inc. has no parent corporation, that there is no publicly held corporation that owns 10% or more of Defendant Construction and Realty Services Group, Inc., that Defendant Trade Off LLC has no parent corporation, and that there is no publicly held corporation that owns 10% or more of Defendant Trade Off LLC,  that Defendant Luca Holdings LLC has no parent corporation, and that there is no publicly held corporation that owns 10% or more of Defendant Luca Holdings LLC.

Dated: Woodbury, New York
     February 13, 2020                     **Kaufman Dolowich & Voluck, LLP**

By:    *Lisa Skruck*

    Lisa Skruck, Esq.
    135 Crossways Park Drive, Suite 201
    Woodbury, New York 11797
    Phone: (516) 681-1100
    Fax: (516) 681-1101
    lskruck@kdvlaw.com
    *Attorneys for Defendants*

4817-8179-9348, v. 1