UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAHNI FANNIS,                                    :

                              Plaintiff,          :      1:20-cv-00278-GHW

              v.                                  :      **ANSWER**

CONSTRUCTION AND REALTY                          :
SERVICES GROUP, INC.,                            :
TRADE OFF LLC, LUCA HOLDINGS LLC,                :
and RONALD LATTANZIO,                            :

                              Defendants.         :
------------------------------------------------------------x

Defendants CONSTRUCTION AND REALTY SERVICES GROUP, INC., ("CRSG")
TRADE OFF LLC ("Trade off"), LUCA HOLDINGS LLC, and RONALD LATTANZIO (the
"Defendants"), by their counsel, Kaufman Dolowich & Voluck, LLP, as and for their Answer to
Plaintiff's Amended Complaint (hereinafter the "Amended Complaint"), set forth the following:

### DEFENDANT'S RESPONSE TO THE SECTION ENTITLED "PARTIES"

1.     Defendants deny knowledge or information sufficient to form a belief as to the truth
of the allegations set forth in Paragraph "1" of the Amended Complaint.

2.     Defendants admit the allegations set forth in Paragraph "2" of the Amended
Complaint.

3.     Defendants deny the allegations set forth in Paragraph "3" of the Amended
Complaint, except to admit that Trade Off is a limited liability company organized under the laws
of Delaware with its principal place of business in Lynbrook, New York.

4.     Defendants deny the allegations set forth in Paragraph "4" of the Amended
Complaint, except to admit that Luca Holdings LLC is a limited liability company organized under
the laws of New York with its principal place of business in Lynbrook, New York..

5.     Defendants deny the allegations set forth in Paragraph "5" of the Amended Complaint.

6.     Defendants deny the allegation set forth in Paragraph "6" of the Amended Complaint except to admit that Ronald Lattanzio is the owner of Trade Off and Luca Holdings LLC, lives in New York, New York, and is involved in the operation of the aforementioned entities.

### DEFENDANT'S RESPONSE TO THE SECTION ENTITLED "VENUE AND JURISDICTION"

7.     Defendants neither admit nor deny the allegations set forth in Paragraph "7" of the Amended Complaint to the extent they consist of legal conclusions to which no response is required, and deny knowledge or information sufficient to form a belief as to the allegations concerning Plaintiff's EEOC complaint and right-to-sue letter.

8.     Defendants neither admit nor deny the allegations set forth in Paragraph "8" of the Amended Complaint, as they consist of legal conclusions to which no response is required.

9.     Defendants neither admit nor deny the allegations set forth in Paragraph "9" of the Amended Complaint, as they consist of legal conclusions to which no response is required.

### DEFENDANT'S RESPONSE TO THE SECTION ENTITLED "FACTS"

10.     Defendants admit the allegations set forth in Paragraph "10" of the Amended Complaint.

11.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "11" of the Amended Complaint.

12.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "12" of the Amended Complaint, except to admit that Plaintiff sought certain accommodations upon returning to work after a medical leave in May 2017.

13. Defendants deny the allegations set forth in Paragraph "13" of the Amended Complaint, except to admit that Plaintiff sought certain accommodations upon returning to work after a medical leave in May 2017.

14. Defendants deny the allegations set forth in Paragraph "14" of the Amended Complaint.

15. Defendants deny the allegations set forth in Paragraph "15" of the Amended Complaint.

16. Defendants deny the allegations set forth in Paragraph "16" of the Amended Complaint.

### DEFENDANTS' RESPONSE TO FIRST CLAIM FOR RELIEF

17. Defendants repeat and re-allege each and every response contained in Paragraphs 1 through 16 above, as if fully set forth herein

18. Defendants deny the allegations set forth in Paragraph "18" of the Amended Complaint.

19. Defendants deny the allegations set forth in Paragraph "19" of the Amended Complaint.

### DFENDANTS' RESPONSE TO SECOND CLAIM FOR RELIEF

20. Defendants repeat and re-allege each and every response contained in Paragraphs 1 through 19 above, as if fully set forth herein

21. Defendants deny the allegations set forth in Paragraph "21" of the Amended Complaint.

**WHEREFORE**, Defendants request that the Amended Complaint be dismissed in its entirety, with prejudice, and that Defendants be awarded such other and further relief as the Court deems just and proper.

Dated: Woodbury, New York
      February 13, 2020

            KAUFMAN DOLOWICH & VOLUCK, LLP
            *Attorneys for Defendants*

By: _____
            Lisa Skruck
            135 Crossways Park Drive, Suite 201
            Woodbury, New York 11797
            (516) 681-1100
            F: (516) 283-8752

4841-1351-8515, v. 1